**Motion Granted and Order filed May 25, 2021.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-21-00178-CV
NO.  14-21-00179-CV
NO. 14-21-00180-CV

_____

**SHAWN DEANE GRUSS, AS INDEPENDENT EXECUTOR OF THE ESTATE OF MAURITA J. GALLAGHER; AND NUCLEAR SOURCES AND SERVICES, INC., Appellants**

**V.**

**GARY W. GALLAGHER, DANIELLE KEOGH, AND BRENT R. CALDWELL, AS TRUSTEES OF NSSI ACQUISITION TRUST; DANIEL WEBSTER KEOGH; DIVERSIFIED MANAGEMENT SERVICES, LLC; AND NSSIDMS HOUSTON, LLC; Appellees**

---

**On Appeal from Probate Court No. 3
Harris County, Texas
rial Court Cause Nos. 442,656; 442,656-401; and 442,656-402**

---

## ORDER

This appeal is related to an appeal previously filed in this court: No. 14-19-00683-CV, _In the Estate of Maurita J. Gallagher, deceased_. Appellant has filed a

motion requesting part of the reporter's record from the previous appeal be transferred into this appeal.

The motion is granted. The clerk of this court is directed to file a copy of volumes 1 and 3 through 12 of the reporter's record filed September 12, 2019, record in appeal number 14-19-00683-CV into this appeal.


PER CURIAM


Panel Consists of Chief Justice Christopher and Justices Zimmerer and Hassan.